# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLEAN AIR COUNCIL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES DEPARTMENT** | : | |
| **OF ENERGY** | : | **NO. 20-3764** |

## ORDER

**NOW**, this 4th day of September, 2020, upon consideration of the parties' Stipulation to Hold This Matter in Abeyance, it is **ORDERED** that the Stipulation is **APPROVED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The United States Department of Energy ("DOE") shall complete its responses to the plaintiff's Freedom of Information Act request no later than **October 9, 2020**.

2. No later than **November 9, 2020**, the parties shall file a report advising whether the action may be dismissed or will proceed.

3. In the event the action is not dismissed, the DOE shall file its response to the plaintiff's Complaint no later than **November 23, 2020**.

/s/ TIMOTHY J. SAVAGE J.