IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLEAN AIR COUNCIL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES DEPARTMENT OF ENERGY** | : | **NO. 20-3764** |

## ORDER

**NOW**, this 25th day of November, 2020, upon consideration of the parties' Joint Report, Notification of Settlement, and Request for Dismissal Per Local Rule 41.1(B) (Document No. 11), it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

/s/ TIMOTHY J. SAVAGE J.